not observe any gambling on the premises. Further, the State failed to produce any evidence which revealed the defendant had any knowledge the premises were being used for gambling purposes. We conclude, therefore, the State failed to prove the defendant guilty beyond a reasonable doubt on any of the counts in the indictment.

In view of our finding above, defendant's other contentions need not be considered.

For the reasons stated herein, the judgment of the Circuit Court of Cook County is reversed as to all counts.

Reversed.

ADESKO, P. J., and JOHNSON, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BOOKERT T. WALLS, Defendant-Appellant.

(No. 58486;

First District (5th Division)—April 11, 1974.

PER CURIAM.
BARRETT, J., took no part.

James J. Doherty, Public Defender, of Chicago (Daniel Miranda, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Dorothy B. Johnson, Assistant State's Attorneys, of counsel), for the People.